```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    TRENT MARK DAVIS
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-070 MCE |
| Plaintiff, | |
| v. | **CORRECTED** STIPULATION AND ORDER CONTINUING CASE, AND ESTABLISHING NEW SCHEDULE FOR ANY OBJECTIONS TO THE PRESENTENCE REPORT. |
| TRENT MARK DAVIS, | |
| Defendant. | Date: October 27, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's October 27, 2011, calendar, that it be continued until December 8, 2011, at 9:00 a.m. for judgment and sentencing proceedings. Since Mr. Davis previously pled guilty time exclusions under the Speedy Trial Act are not needed.

The court is advised that informal objections to the Presentence Report have been resolved. The date requested allows time for submission of any additional sentencing memoranda. It also permits Mr. Davis to arrange for a convenient flight from Louisiana to Sacramento at a relatively more economical cost.

The previously established proposed schedule for any additional submissions is, in light of this development:

| | |
|---|---|
| Sentencing Memoranda (by either side) | November 17, 2011 |
| Oppositions to Sentencing Memoranda | December 1, 2011 |
| Sentencing Proceedings | December 8, 2011 |

**IT IS SO STIPULATED**.

Dated: October 21, 2011        /s/ *Robert Tice-Raskin*
ROBERT TICE-RASKIN
Assistant United States Attorney
Counsel for Plaintiff

Dated: October 21, 2011        /s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**

Dated: October 27, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE