| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | |
| 3 | JEFFREY L. STANIELS, Bar #91413<br>Assistant Federal Defender<br>Designated Counsel for Service |
| 4 | 801 I Street, 3rd Floor<br>Sacramento, California 95814 |
| 5 | Telephone: (916) 498-5700 |
| 6 | Attorney for Defendant<br>TRENT MARK DAVIS |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 11 | UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00070 MCE |
| 12 | Plaintiff, | )<br>) | |
| 13 | v. | )<br>)<br>) | **CORRECTED** STIPULATION AND ORDER CONTINUING CASE, AND ESTABLISHING NEW SCHEDULE FOR ANY OBJECTIONS TO THE |
| 14 | TRENT MARK DAVIS, | ) | PRESENTENCE REPORT. |
| 15 | Defendant. | )<br>) | Date: December 8, 2011<br>Time: 9:00 a.m. |
| 16 | _____ | ) | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's December 8, 2011, calendar, that it be continued until February 2, 2012, at 9:00 a.m. for judgment and sentencing proceedings. Since Mr. Davis previously pled guilty time exclusions under the Speedy Trial Act are not needed.

The court is advised that informal objections to the Presentence Report have been resolved.

///

///

///

The date requested accounts for Mr. Staniels' unavailability on December 8, 2011, due to a family medical situation; allows time for submission of additional sentencing memoranda; and permits Mr. Davis to arrange for a convenient flight from Louisiana to Sacramento at a relatively more economical cost.

The previously established proposed schedule for any additional submissions is, in light of this development:

| | |
|---|---|
| Sentencing Memoranda (by either side) | January 19, 2012 |
| Oppositions to Sentencing Memoranda | January 26, 2012 |
| Sentencing Proceedings | February 2, 2012 |

**IT IS SO STIPULATED.**

Dated: December 2, 2011        /s/ *Robert Tice-Raskin*
ROBERT TICE-RASKIN
Assistant United States Attorney
Counsel for Plaintiff

Dated: December 2, 2011        /s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
TRENT MARK DAVIS

**IT IS SO ORDERED.**

Dated: December 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE