```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    TRENT MARK DAVIS
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-00070 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND ESTABLISHING NEW SCHEDULE FOR ANY OBJECTIONS TO THE PRESENTENCE REPORT. |
| TRENT MARK DAVIS, | |
| Defendant. | Date: March 2, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's March 2, 2012, calendar, that it be continued until March 15, 2012, at 9:00 a.m. for judgment and sentencing proceedings. Since Mr. Davis previously pled guilty time exclusions under the Speedy Trial Act are not needed.

The court is advised that an additional issue which had arisen has been resolved following informal oral discussions, and has been submitted to the Probation Office.

///

///

After consultation between the parties and with the Probation Officer, all have agreed that March 15, 2012, is a suitable date which allows for submission of revisions to the Presentence Report and which permits Mr. Davis to arrange for a convenient flight from Louisiana to Sacramento at a relatively more economical cost.

**IT IS SO STIPULATED.**

Dated: February 23, 2012     /s/ *Robert Tice-Raskin*
ROBERT TICE-RASKIN
Assistant United States Attorney
Counsel for Plaintiff

Dated: February 23, 2012     /s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**

Dated: February 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE