```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    TRENT MARK DAVIS
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-00070 MCE |
|---|---|
| Plaintiff, | ) **Amended** |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) CASE |
| TRENT MARK DAVIS, | ) Date: April 26, 2012 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's April 26, 2012 calendar, and that it be continued until July 19, 2012, at 9:00 a.m. for judgment and sentencing proceedings. Since Mr. Davis previously pled guilty time exclusions under the Speedy Trial Act are not needed.

The court is advised that an additional issue which had arisen has been resolved following informal oral discussions, and has now been incorporated into the Presentence Report by the Probation Office. Additionally, defendant was injured and is currently needing time for therapy and recovery.

After consultation between the parties and with the Probation Officer, all have agreed that July 19, 2012, is a suitable date which allows for submission any Sentencing Recommendations and which permits Mr. Davis to arrange for a convenient flight from Louisiana to Sacramento at a relatively more economical cost.

**IT IS SO STIPULATED.**

Dated: April 16, 2012    /s/ *Robert Tice-Raskin*
ROBERT TICE-RASKIN
Assistant United States Attorney
Counsel for Plaintiff

Dated: April 16, 2012    /s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**

Dated: April 20, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE