```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  TRENT MARK DAVIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-00070 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) CASE |
| v. | ) |
| | ) Date: July 19, 2012 |
| TRENT MARK DAVIS, | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert Tice-Raskin, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's July 19, 2012 calendar, and that it be continued until August 30, 2012, at 9:00 a.m. for judgment and sentencing proceedings. Since Mr. Davis previously pled guilty time exclusions under the Speedy Trial Act are not needed.

The court was previously advised that an outstanding issue had arisen and had been resolved following informal oral discussions, and had been incorporated into the Presentence Report by the Probation Office.

///

| | |
|---|---|
| 1 | Thereafter, it was noticed that certain corresponding changes related |
| 2 | to that issue had been overlooked during the preparation of a modified |
| 3 | Presentence Report.  After consequent consultation between the parties |
| 4 | and with the Probation Officer, it is now believed that agreement on |
| 5 | all such corresponding changes will be reached in short order.  The |
| 6 | parties have all agreed that August 30, 2012, is a suitable date which |
| 7 | allows for submission any Sentencing Recommendations and which permits |
| 8 | Mr. Davis to arrange for a convenient flight from Louisiana to |
| 9 | Sacramento at a relatively more economical cost. |
| 10 | **IT IS SO STIPULATED**. |
| 11 | |
| 12 | Dated: July 16, 2012          /s/ *Robert Tice-Raskin* |
| 13 | ROBERT TICE-RASKIN<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| 14 | |
| 15 | |
| 16 | Dated: July 16, 2012          /s/ Jeffrey L. Staniels<br>Jeffrey L. Staniels |
| 17 | Assistant Federal Defender<br>Counsel for Defendant<br>TRENT MARK DAVIS |
| 18 | |
| 19 | |
| 20 | **O R D E R** |
| 21 | |
| 22 | **IT IS SO ORDERED**. |
| 23 | |
| 24 | Dated: July 17, 2012 |
| 25 | |
| 26 | _____<br>MORRISON C. ENGLAND, JR.<br>UNITED STATES DISTRICT JUDGE |
| 27 | |
| 28 | |

Stipulation & Order
Continuing Case                                  2