**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Trent Davis

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,

      Plaintiff,

vs.

Trent Davis,

      Defendant

Case No.: 2:08-cr-0070-MCE

**STIPULATION REGARDING CONTINUANCE OF SENTENCING HEARING; FINDINGS AND ORDER**

DATE: May 16, 2013
TIME: 9:00 a.m.
CHIEF JUDGE:
Hon. MORRISON C. ENGLAND, JR.

## STIPULATION

    Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for status and/or sentencing on May 16, 2013.

- 1 -

2. By this stipulation, defendant now moves to continue the date for sentencing until May 30, 2013. Plaintiff does not oppose this request, but will oppose any further requests for a continuance of sentencing.

3. According to the defense: Mr. Davis' mother unexpectedly has become ill and at this late moment there is no one other than Mr. Davis to take care of her. Counsel for Mr. Davis has spoken to Mrs. Davis' physician whose prognosis is that Mrs. Davis should be better and not need the care provided by Mr. Davis in 7 – 10 days. Therefore, the defense requests a final continuance for sentencing to the date of May 30, 2013.

**IT IS SO STIPULATED.**

DATED: May 14, 2013    BENJAMIN B. WAGNER
United States Attorney

/s/ Robert Tice-Raskin
by Jan David Karowsky w/
Mr. Tice-Raskin's approval

/s/ Robert Tice-Raskin
by

Robert Tice-Raskin
Assistant U.S. Attorney
by Jan David Karowsky

DATED: May 14, 2013    JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation

/s/ Jan David Karowsky
by

JAN DAVID KAROWSKY
Attorney for Defendant
Trent Davis

**O R D E R**

Pursuant to the Stipulation filed in this matter, the Court finds that a continuance for sentencing is appropriate in order to allow the defendant to provide needed care for his mother; and that the government does not oppose a final continuance.

Therefore, **IT IS ORDERED** that the date for sentencing is re-set to May 30, 2013 AT 9:00 a.m. in Courtroom No. 7.

DATED: May 16, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT